AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, Diana G. | Fourth Circuit Court of Appeals | 5/8/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Fourth Circuit Judge - active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 5th Fl.
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | College Savings Plan |
| 2. | Trustee | Generation Skipping Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School Moot Court | April 9-10, 2014 | New Haven, CT | Moot Court | Lodging, food, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Call AAPL 1-17-15 @ 700 (Short Sale) | A | Int./Div. | | | Closed | 06/11/14 | J | | |
| 2. Call IBM 1-18-14 @ 225 (Short Sale) | A | Int./Div. | | | Expired | 01/17/14 | J | | |
| 3. Aberdeen Asia Pac Income (FAX) (IRA) | C | Int./Div. | L | T | Buy (add'l) | 07/11/14 | K | | |
| 4. | | | | | Buy (add'l) | 08/27/14 | K | | |
| 5. Altria Group Inc (MO) | A | Int./Div. | K | T | | | | | |
| 6. Apple Inc (AAPL) | D | Dividend | N | T | | | | | |
| 7. Blackstone GSO Sr Loan (SRLN) (IRA) | A | Int./Div. | | | Sold | 04/04/14 | L | | |
| 8. Campbell Soup Co (CPB) | A | Dividend | J | T | | | | | |
| 9. Chevron Corp (CVX) | B | Dividend | K | T | | | | | |
| 10. Chicago Ill Brd Ed Cap Apprec Bds 0.00% 12/1/2024 (167501VC6) | | None | J | T | | | | | |
| 11. CVS Corp (CVS) | A | Dividend | L | T | | | | | |
| 12. DFA Emerging Markets Core Equity (DFCEX) | | None | | | Sold | 02/05/14 | L | | |
| 13. DFA T A World Ex US Core Equity (DFTWX) | B | Int./Div. | L | T | | | | | |
| 14. DFA US Core I (DFEOX) | B | Int./Div. | M | T | Buy | 10/15/14 | M | | |
| 15. DFA US Large Cap Value (DFLVX) | B | Int./Div. | M | T | Buy | 10/22/14 | M | | |
| 16. DirecTV Inc (DTV) | | None | M | T | | | | | |
| 17. Doubleline Total Return Bond I (DBLTX) (IRA) | C | Int./Div. | L | T | Buy | 02/24/14 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dow Chemical Co (DOW) | A | Dividend | J | T | | | | | |
| 19. Duke Realty Corp (DRE) | A | Dividend | K | T | | | | | |
| 20. Exxon Mobil Corporation (XOM) | D | Dividend | N | T | Sold (part) | 02/24/14 | K | | |
| 21. | | | | | Sold (part) | 10/21/14 | L | | |
| 22. | | | | | Sold (part) | 10/22/14 | K | | |
| 23. Fidelity Cash Reserves (FDRXX) (IRA) | A | Int./Div. | L | T | Buy | 02/24/14 | L | | |
| 24. Fidelity Advisor Floating Rate High Income (FFRHX) (IRA) | B | Int./Div. | M | T | Buy | 02/27/14 | K | | |
| 25. | | | | | Sold | 05/09/14 | K | | |
| 26. | | | | | Buy | 09/26/14 | K | | |
| 27. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 28. | | | | | Buy (add'l) | 11/04/14 | K | | |
| 29. | | | | | Buy (add'l) | 11/05/14 | K | | |
| 30. | | | | | Buy (add'l) | 11/20/14 | K | | |
| 31. Fidelity Md Municipal Income (SMDMX) | C | Int./Div. | M | T | Buy (add'l) | 04/14/14 | K | | |
| 32. Fidelity Municipal Money Market (FTEXX) | A | Int./Div. | N | T | | | | | |
| 33. Fidelity Spartan 500 Index Inv (FUSEX) | | None | | | Buy (add'l) | 01/03/14 | J | | |
| 34. | | | | | Buy (add'l) | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 01/17/14 | K | | |
| 36. Fidelity Spartan 500 Index Advantage (FUSVX) | C | Int./Div. | M | T | Buy | 01/17/14 | K | | |
| 37. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 38. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 39. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 40. | | | | | Buy (add'l) | 08/27/14 | K | | |
| 41. | | | | | Buy (add'l) | 09/12/14 | K | | |
| 42. | | | | | Buy (add'l) | 09/23/14 | K | | |
| 43. | | | | | Buy (add'l) | 09/30/14 | K | | |
| 44. | | | | | Buy (add'l) | 10/01/14 | L | | |
| 45. | | | | | Sold (part) | 10/15/14 | L | | |
| 46. | | | | | Sold (part) | 10/21/14 | M | | |
| 47. Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | B | Int./Div. | L | T | Buy | 02/03/14 | K | | |
| 48. | | | | | Buy (add'l) | 02/05/14 | K | | |
| 49. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 50. Fidelity Spartan Extended Market Index Adv (FSEVX) | B | Int./Div. | K | T | | | | | |
| 51. General Electric Company (GE) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Guggenheim S&P 500 Equal Weight (RSP) | B | Int./Div. | M | T | Buy (add'l) | 10/21/14 | M | | |
| 53. | | | | | Sold (part) | 11/05/14 | M | | |
| 54. Hillshire Brands Company (HSH) | | None | | | Sold | 09/03/14 | J | | |
| 55. International Business Machines (IBM) | D | Dividend | N | T | | | | | |
| 56. iShares Inc Core Msci Emerging Mkts (IEMG) | B | Int./Div. | L | T | Buy (add'l) | 01/03/14 | J | | |
| 57. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 58. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 59. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 60. | | | | | Buy (add'l) | 02/05/14 | K | | |
| 61. | | | | | Sold (part) | 02/27/14 | J | | |
| 62. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 63. | | | | | Sold (part) | 11/04/14 | L | | |
| 64. iShares MSCI EAFE (EFA) | A | Int./Div. | K | T | | | | | |
| 65. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | K | T | Buy (add'l) | 01/23/14 | K | | |
| 66. | | | | | Sold (part) | 11/05/14 | J | | |
| 67. iShares Russell 1000 Index (IWB) | C | Int./Div. | N | T | Buy (add'l) | 01/27/14 | L | | |
| 68. | | | | | Sold (part) | 02/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/07/14 | L | | |
| 70. | | | | | Buy (add'l) | 10/10/14 | L | | |
| 71. iShares Russell 2000 (IWM) | A | Int./Div. | K | T | | | | | |
| 72. iShares S&P 500 Index (IVV) (IRA) | D | Int./Div. | N | T | Buy (add'l) | 01/03/14 | K | | |
| 73. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 74. | | | | | Buy (add'l) | 01/08/14 | K | | |
| 75. | | | | | Buy (add'l) | 01/23/14 | K | | |
| 76. | | | | | Buy (add'l) | 02/03/14 | L | | |
| 77. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 78. | | | | | Buy (add'l) | 04/04/14 | K | | |
| 79. | | | | | Buy (add'l) | 04/07/14 | K | | |
| 80. | | | | | Buy (add'l) | 04/10/14 | K | | |
| 81. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 82. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 83. | | | | | Sold (part) | 10/07/14 | L | | |
| 84. | | | | | Sold (part) | 10/10/14 | L | | |
| 85. | | | | | Sold (part) | 10/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/03/14 | K | | |
| 87. iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | L | T | | | | | |
| 88. iShares S&P SmallCap 600 Citigroup Value Index (IJS) | A | Int./Div. | L | T | Buy (add'l) | 07/11/14 | J | | |
| 89. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 90. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 91. | | | | | Sold (part) | 10/31/14 | K | | |
| 92. iShares S&P SmallCap 600 Index (IJR) | B | Int./Div. | M | T | | | | | |
| 93. iShares Trust Core Msci Eafe (IEFA) | B | Int./Div. | L | T | Buy (add'l) | 10/21/14 | K | | |
| 94. | | | | | Sold (part) | 11/20/14 | K | | |
| 95. iShares Trust Core MSCI Total Intl Stk (IXUS) (IRA) | | None | | | Buy | 07/11/14 | K | | |
| 96. | | | | | Buy (add'l) | 08/08/14 | K | | |
| 97. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 98. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 99. | | | | | Sold | 11/03/14 | L | | |
| 100. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | | | Sold (part) | 08/27/14 | L | | |
| 101. | | | | | Sold | 09/12/14 | K | | |
| 102. Kraft Foods Group Inc (KRFT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Merck & Co Inc (MRK) | C | Dividend | L | T | | | | | |
| 104. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 105. Nuveen Build Amer Bd Fd (NBB) (IRA) | D | Int./Div. | M | T | | | | | |
| 106. Nuveen Build America (NBD) (IRA) | C | Int./Div. | L | T | | | | | |
| 107. Nuveen MD Prem II (NMY) | D | Int./Div. | L | T | Sold (part) | 02/21/14 | K | | |
| 108. | | | | | Sold (part) | 04/14/14 | L | | |
| 109. | | | | | Sold (part) | 07/07/14 | K | | |
| 110. | | | | | Sold (part) | 07/08/14 | K | | |
| 111. Nuveen Select Tax-Free Income (NXQ) | C | Int./Div. | L | T | | | | | |
| 112. Pepsico Incorporated (PEP) | B | Dividend | L | T | | | | | |
| 113. Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 114. Potash Corp of Saskatchewan Inc (POT) | A | Dividend | | | Sold | 02/03/14 | L | | |
| 115. PowerShares Insured Natl Muni Bond (PZA) | C | Int./Div. | L | T | | | | | |
| 116. Praxair Inc (PX) | B | Dividend | M | T | | | | | |
| 117. Puerto Rico Comwlth Infrastructure Fing 5.50% 7/1/2021 | B | Interest | | | Sold | 10/21/14 | J | | |
| 118. Puerto Rico Comwlth Pub Impt Bds Ser 5.25% 7/1/2016 | B | Interest | | | Sold | 07/03/14 | K | | |
| 119. Puerto Rico Elec Pwr Auth Pwr Rev Power 5.25% 7/1/2024 | B | Interest | | | Sold | 10/21/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 4.00% 7/1/2015 | A | Interest | | | Sold | 01/17/14 | K | | |
| 121. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 5.00% 7/1/2022 | B | Interest | | | Sold | 07/03/14 | K | | |
| 122. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 5.50% 7/1/2020 | B | Interest | | | Sold | 10/21/14 | J | | |
| 123. SPDR Barclays Capital Short Term High Yield Bond (SJNK) (IRA) | A | Int./Div. | L | T | Buy | 10/21/14 | K | | |
| 124. | | | | | Buy (add'l) | 11/03/14 | K | | |
| 125. SPDR Russell Small Cap Completeness (RSCO) | A | Int./Div. | | | Buy (add'l) | 02/03/14 | K | | |
| 126. | | | | | Sold | 10/15/14 | L | | |
| 127. SPDR S&P 500 ETF Trust (SPY) | C | Int./Div. | M | T | | | | | |
| 128. Stanley Black & Decker Inc (SWK) | C | Dividend | M | T | | | | | |
| 129. T Rowe Price Equity Income (PRFDX) | C | Int./Div. | L | T | | | | | |
| 130. T Rowe Price Group Inc (TROW) | D | Dividend | N | T | | | | | |
| 131. T Rowe Price MD Tax Free Bond (MDXBX) | D | Int./Div. | N | T | | | | | |
| 132. T Rowe Price New Asia (PRASX) | B | Int./Div. | K | T | | | | | |
| 133. T Rowe Price New Era (PRNEX) | D | Int./Div. | K | T | | | | | |
| 134. T Rowe Price Value (TRVLX) | D | Int./Div. | M | T | | | | | |
| 135. TCW Total Return Bond I (TGLMX) (IRA) | B | Int./Div. | L | T | | | | | |
| 136. Union Pacific Corp (UNP) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Vanguard Hi Yield Tax-Exempt Admiral (VWALX) | D | Int./Div. | M | T | | | | | |
| 138.  Vanguard High Yield Corporate Admiral (VWEAX) (IRA) | B | Int./Div. | K | T | Sold (part) | 02/21/14 | L | | |
| 139.  Vanguard Total Stock Market (VTI) | A | Int./Div. | | | Buy | 02/24/14 | L | | |
| 140. | | | | | Sold | 04/14/14 | L | | |
| 141.  Washington Real Estate (WRE) | C | Int./Div. | L | T | | | | | |
| 142.  WisdomTree Dreyfus New Zealand Dollar (AUNZ) (IRA) | | None | | | Sold | 01/08/14 | K | | |
| 143.  Yum! Brands Inc (YUM) | B | Dividend | L | T | | | | | |
| 144.  529 - Portfolio 2027 (CUST) | A | Int./Div. | M | T | Sold (part) | 12/26/14 | M | | |
| 145.  529 - Vanguard HY Bond (CUST) | A | Int./Div. | L | T | Sold (part) | 05/19/14 | L | | |
| 146.  529 - Portfolio 2030 (CUST) | A | Int./Div. | K | T | Sold (part) | 12/26/14 | K | | |
| 147.  529 - Bond and Income Portfolio (CUST) | A | Int./Div. | M | T | Buy | 12/26/14 | M | | |
| 148.  529 - Vanguard Total Bond Market Index Portfolio (CUST) | A | Int./Div. | K | T | Buy | 05/19/14 | K | | |
| 149.  529 - Vanguard Total International Stock Index Portfolio (CUST) | A | Int./Div. | J | T | Buy | 05/19/14 | J | | |
| 150.  529 - Vanguard Total Stock Market Index Portfolio (CUST) | A | Int./Div. | J | T | Buy | 05/19/14 | J | | |
| 151.  -TRP Blue Chip Growth (TRBCX) (GST) | D | Int./Div. | M | T | | | | | |
| 152.  -TRP Int Bond (RPIBX) (GST) | A | Int./Div. | K | T | | | | | |
| 153.  -TRP Int Stock (PRITX) (GST) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -TRP Equity Income (PRFDX) (GST) | D | Int./Div. | M | T | | | | | |
| 155.  -TRP Global Stock (PRGSX) (GST) | A | Int./Div. | L | T | | | | | |
| 156.  -TRP Growth Stock (PRGFX) (GST) | E | Int./Div. | M | T | | | | | |
| 157.  -TRP New Era (PRNEX) (GST) | C | Int./Div. | K | T | | | | | |
| 158.  -TRP Prime Reserve (GST) | A | Int./Div. | M | T | | | | | |
| 159.  -TRP Spectrum Growth (PRSGX) (GST) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, Diana G. | 5/8/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana G. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544